# United States District Courts

WESTERN DISTRICT OF TEXAS

United States of America                  **WARRANT FOR ARREST**

v.

(1) Andre Tiago Mbunga              Case Number: DR:19-M -06677(1)

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest      (1) Andre Tiago Mbunga
                                                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| ☐ Indictment | ☐ Information | ☒ Complaint | ☐ Order of Court | ☐ Violation Notice | ☐ Probation Violation Petition |

charging him or her with (brief description)

*The defendant was arrested on July 13, 2019 by United States Border Patrol Agents in Del Rio, Texas, and claimed to be a family unit of father/daughter and nationals of Angola. The defendant continued to claim their relationship from the time of the encounter and transportation to Del Rio Station for processing. During his interview several discrepancies were discovered which initiated an investigation. MBUNGA freely admitted that the 9 year old girl he was traveling with was not his daughter and that her family is still in Acuna, Coahuila, Mexico waiting to cross into the United States. MBUNGA freely admitted that he made an agreement with the family for him to use the young girl to cross into the United States and to claim family status, and in return he paid $400 USD for the family's bus fare, from Tapachula, Chiapas, Mexico to Acuna.*

in violation of Title    **18**    United States Code, Section(s)    **1001**

VICTOR ROBERTO GARCIA                 UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                              Title of Issuing Officer

*[signature]*                                               July, 16, 2019 DEL RIO, Texas
Signature of Issuing Officer                            Date and Location

Bail Fixed at $ _____ by _____
                                                                         Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas.

| Date Received July 16, 2019 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest July 13, 2019 | Hernandez, John M. Border Patrol Agent | *[signature]* |